

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00023-CV

### IN THE INTEREST OF M.F.R.G., A CHILD

On Appeal from the
County Court at Law of Aransas County, Texas
Trial Court Cause No. A-19-7185-FL

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part, reversed in part, reversed and rendered in part, and remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART, REVERSED IN PART, REVERSED AND RENDERED IN PART, and REMANDED for further proceedings consistent with its opinion. No costs are assessed, as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

May 27, 2021